IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUNIOR EDWARD FULLER                                                                  PLAINTIFF

                       v.                      Civil No. 05-5036

JASON FRENCH, in his official capacity, as
Detective of the Fayetteville Police Department                      DEFENDANT

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion **on or before February 17, 2006**. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 4th day of January 2006.

                                                                   **/s/ Beverly Stites Jones**
                                                             _____
                                                             HON. BEVERLY STITES JONES
                                                             UNITED STATES MAGISTRATE JUDGE