IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JUNIOR EDWARD FULLER                                                    PLAINTIFF


        v.                          Civil No. 05-5036


JASON FRENCH, in his official capacity, as
Detective of the Fayetteville Police Department                         DEFENDANT

## O R D E R

On February 16, 2006, defendants filed a motion for summary judgment.  In an effort to

assist the plaintiff in responding to this motion, the court has propounded a questionnaire.  The

plaintiff's answers to the questionnaire will be considered by the court to be his response to the

summary judgment motion.

For this reason, Junior Edward Fuller is hereby directed to complete, sign, date, and

return the attached response to defendants' motion for summary judgment **on or before June

23, 2006.**  Plaintiff's failure to respond within the required period of time may subject this matter

to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 2nd day of June 2006.


                                        **/s/ Beverly Stites Jones**
                                        _____
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JUNIOR EDWARD FULLER                                                    PLAINTIFF

        v.                              Civil No. 05-5036

JASON FRENCH, in his official capacity, as
Detective of the Fayetteville Police Department                        DEFENDANT


**<u>RESPONSE</u>**

TO: JUNIOR EDWARD FULLER

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must return this response to the court by the close of business **on June 23, 2006**.



        1.  Detective Jason French is an employee of the Fayetteville Police Department, a

division of the City of Fayetteville, a municipality located in the state of Arkansas, United States.

        Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

        If you disagree, explain.


_____

_____

_____


        2.  Plaintiff Junior Edward Fuller, who had a prior criminal history on January 18, 2005,

and who, on multiple occasions, was in contact with Detective French because of his own

criminal activity and/or the criminal activity of others.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

3. On or around January 18, 2005, you voluntarily availed yourself to the Fayetteville Police Department in an attempt to received confiscated, stolen good from a previous arrest of another person.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, state why you went to the Fayetteville Police Department on January 18, 2005 and what you were trying to retrieve. Also, explain why you had proper ownership of those items and what proof you presented at the Fayetteville Police Department to show that ownership.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

    4.  On January 18, 2005, you sought out Detective French in an effort to retrieve the property.

    Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

    If you disagree, explain.

_____

_____

_____

_____

_____

    5.  On January 18, 2005, you were not a suspect in any ongoing investigations involving the Fayetteville Police Department.

    Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

    If you disagree, explain.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

6.  Prior to January 18, 2005, you had aided Detective French in "sting" operations.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

7.  On January 18, 2005, there were two separate warrants for misdemeanors outstanding

for you.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, refer to Defendant's Exhibit 5.

_____

_____

_____

_____

_____

-4-

8.  On January 18, 2005, you were arrested on the misdemeanor warrants and you began the process of being booked into the jail.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, refer to Defendant's Exhibit 5.

_____

_____

_____

_____

_____


9.  You were let out of the jail on the evening of January 18, 2005, and you were not required to give bail or to stay the night.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____


10.  Detective French is not the jailer, he does not book people into jail, and he has no power or authority over the jailers.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____


11.  During your January 18, 2005 visit to the Fayetteville Police Department, you voluntarily told Detective French about your relationship with former cellmate, Stevie Hunter, his wife Mellissa Hunter, and statements they made concerning the possible future murder of a woman who would testify at the murder trial of Stevie Hunter.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state how this conversation began if you did not start it be volunteering the information.

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

12. Detective French had no prior knowledge of the murder plot until it was voluntarily told to him by you.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state how you know that Detective French did have prior knowledge of this alleged murder plot.

_____

_____

_____

_____

_____

13. Detective French did not know that you and Stevie Hunter knew each other and had once been cellmates.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state how you know that Detective French did have prior knowledge of your relationship with Hunter.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

14.  You told Detective French that Stevie Hunter had asked you to give a prospective

witness in Hunter's pending murder trial a "hot shot," meaning a lethal dose of

methamphetamine.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.  You told Detective French that Mellissa Hunter bailed you out of jail in exchange

for your giving the prospective witness a "hot shot."

-8-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____


16. Did Mellissa Hunter ever bail you out of jail?

Answer:  Yes_____ No_____

If you answered yes, then state (1) when she bailed you out of jail and (2) why she bailed

you out of jail.

_____

_____

_____

_____

_____


17.  You agreed to participate in a sting operation and to wear a wire to record

conversations with Mellissa Hunter.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, refer to Cooperating Individual Agreement you

AO72A
(Rev. 8/82)

signed on January 18, 2005.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

18.  You wore a wire during a phone conversation with Mellissa Hunter on January 18,

2005.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

19.  You suggested that you wear the wire during a face-to-face meeting with Mellissa Hunter.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state how the idea of you wearing the wire in a face-to-face meeting came to be.

_____

_____

_____

_____

_____

20.  Later during the evening of January 18, 2005, you in fact wore a wire in a face-to-face meeting with Mellissa Hunter.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

21.  You were never charged with a crime during your cooperation with the Fayetteville

Police Department on January 18, 2005.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

22. You were permitted to leave the Fayetteville Police Department on January 18, 2005 after you wore the wire.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

23. During the January 18, 2005 investigation, you never asked to leave the Fayetteville Police Department. You never told Detective French that you did not want to cooperate with or participate in the undercover investigation.

-12-

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain in detail.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

24.  Detective Gentry offer to stop the undercover sting operation, and you quickly stated that you wanted to help and cooperate.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

25.   You later told Mellissa Hunter that you had been wearing a wire during your previous conversation with her.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state what you did tell Mellissa Hunter when you saw her the next time.

_____

_____

_____

_____

_____


26.   Because you told Mellissa Hunter about wearing the wire, the investigation was hindered, the threat to a third-party witness's life was increased, and the City of Fayetteville was out the costs and expenses of the investigation.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

27.  Because you told Mellissa Hunter about wearing the wire, you were charged with "Hindering Apprehension or Prosecution."

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state what happened to this charge (for instance, was it dismissed or were you convicted, etc.).

_____

_____

_____

_____

_____

28.  Detective French fully complied with the Constitution and never deprived you or any of your civil rights during his interactions with you on January 18, 2005.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state what civil rights Detective French violated and how he violated those rights.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

29.  Detective French never threatened you, and he never denied you a phone call.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state exactly how Detective French threatened

you.

_____

_____

_____

_____

_____


30.  The City of Fayetteville has no custom or policy of depriving any person of any civil

rights, including but not limited to the use of individuals in undercover or sting operations.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state what custom or policy the City has.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

31.  You are suing Detective French in his official capacity only.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, state what capacity you are suing Detective French in (official capacity only, individual capacity only, or official and individual capacities).

_____

_____

_____

_____

_____

32.  State in detail each and every assertion made in the Affidavit of Detective Jason French, attached as Defendant's Exhibit 1, that you disagree with.  Explain in detail what proof you would offer at trial to refute each assertion you disagree with.

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

33.  State in detail each and every assertion made in the Affidavit of Detective Creston

Mackey, attached as Defendant's Exhibit 2, that you disagree with.  Explain in detail what proof

you would offer at trial to refute each assertion you disagree with.

_____

_____

_____

_____

_____

_____

_____

-18-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

34. State in detail each and every assertion made in the Affidavit of Detective John Gentry, attached as Defendant's Exhibit 3, that you disagree with. Explain in detail what proof you would offer at trial to refute each assertion you disagree with.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

35.   State in detail each and every assertion made in the Affidavit of Sargent Tim Franklin, attached as Defendant's Exhibit 4, that you disagree with.  Explain in detail what proof you would offer at trial to refute each assertion you disagree with.

_____

_____

_____

AO72A
(Rev. 8/82)

36. Explain in detail each assertion made in the Preliminary Report Form, attached as Defendant's Exhibit 7, that you disagree with. Explain what proof you would present at trial to refute each assertion you disagree with.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

   **Detail below any further response you would like to make to defendants' summary judgment motion.  If you have any exhibits or affidavits you would like the court to consider, attach them to this response.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-23-

_____

_____

_____

_____


      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

      EXECUTED ON THIS _____ DAY OF _____ 2006.


                                     _____

                                     JUNIOR EDWARD FULLER

AO72A
(Rev. 8/82)